United States Federal Court
Eastern Division
Wisconsin

Oriyomi Sadiq Aloba

United States
4th Circuit District Court
Department of Justice
Attorney General.

Civil
Jury trial Demand.

Civil suit under 28 USCS 1651

1. Plaintiff bring this petition against the defendants, requesting that the court Declare the Following.

2. 1. Defendant United States violates petitioner civil rights guaranteed to petitioner under the Fourth, Fifth, Sixth, Eighth, Fourteenth, thirteenth of the United States Constitution.

3. 2. Defendant 4th Circuit District court Judicial branch violates petitioner civil rights guaranteed to petitioner under the Fourth, Fifth

Sixth, eigth, Fourteenth and thirteenth of the United States Constitution.

4. Defendant Department of Justice violates Petitioner civil right guaranteed under First, Fourth, Fifth, Sixth, eight, Fourteenth, and thirteenth Amendment of United States Constitution.

5. Defendant Attorney general violates petitioner civil rights guaranteed under the First Fourth, Fifth, Sixth, eight, Fourteenth, and thirteenth Amendments of the United States Constitution.

6. 28 USCS 1915A is inapplicable to petioner 28 USCS 1915(g) is inapplicable to petitioner. Petioner is not a prisoner in light of 28 USCS 1915A, 1915(g) Order the Defendants to remove all known false record record from their system that are being used to apply 28 USCS 1915A, 1915(g).

7.                          Personal Jurisdiction.

Petitioner is a Citizen or a legal Residence Found within the Jurisdiction of The United States Thus personal jurisdiction satisfied however please see

2

Petitioner waiver of personal Jurisdiction.
attached as Exhibit 1

## Defendants

8  All defendants are subject to personal Jurisdiction of this court as this defendants are Federal and agency of the United states, And this suit implicates Administrative laws.

## Subject matter Jurisdiction

9  Subject matter Jurisdiction exist as result of Defendant 4th Circuit District Function when it attempt to denied or approve petitioner suit by application of 28 USCS 1915A, 1915(g).

## Cause of action.

10  On an unknown date The Defendants for Violation RICO Act, 18 USCS §1964, Prohibited act of 18 USCS 1962 Conspired knowingly to violate petitioner civil by using their respective Department to Falsify Judicial or public records which are then subsequently used to make adversary decission against Petitioner in Violation of 18 USCS 242, 1016, 2076 18 USCS 4, 1506, 1021, 1016, 1018, 287, 28 USCS, 1915A, 1915(g)

3

28 USCS 1746, 18 USCS 1001, 18 USCS 1028A, 1030.

Requirement of 28 USCS 1651.

11  The Supreme court and all courts established by Act of congress may issue all writ necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.

12  The issues presented in this case creates this forum as proper forum due to the circumstances in this case.

13  As petitioner has alleged Defendant US District court of Fourth Circuit even after been notified that petitioner was not a prisoner continue to use Falsely fabricated judicial record in attempt to hinder, obstruct or deprived petitioner choice of forum selection and access to court.

14  As the court is aware that prison Litigation reform act only applies to person whom has been found guilt of a crime through

4

list available judicial records; even though petitioner properly supported his claim that 28 USCS 1915A, 1915(g) was not applicable to petitioner because petitioner is not the identified person under the requirement of 28 USCS 1915A and 1915(g), petitioner also support his claim that this facts has been established in the District Court of 11th Circuit. please see case 5:23-CV-00505-TEB-TER. petitioner adjudicate this facts, the court conceded to petitioner claim and deviate from Application of 28 USCS 1915A, 28 USCS 1915(g) by granting petitioner permission to proceed without payment. In this case the court acknowledged that there was no reliable judicial record the Court could use to establish applicability of 28 USCS 1915A, 1915(g), the Court also conceded when it granted petitioner petition that there is no controlling statute or law to challenge the constitutionality of application of 28 USCS 1915A, 1915(g) by granting petitioner petition under 28 USCS 1615 thus this court should find petitioner petition to meet Residual requirement of 28 USCS 1951. please. Carlisle v. United States 517 US 416 429 116 S ct 1460 134 L. Ed 2d 613 (1996) (Quoting PA Bureau of cor v.

5

United States Marshals Serv 474 US 34, 43, S. 355 88 L. Ed 2d 189 (1955)) in other words the all writs act in aid of its jurisdiction the court independent posses. Tropt v. Fidelity Nat title (Ins. Co 289 F. 3d 929 943 (6th Cir 2002) (Holding that the Federal Court must have independent basis.

## Allegations

5 As petitioner has alleged, the defendants conspired to violate petitioner liberty interest by falsifying judicial and public record in other to fool other judicial Branche such as the 4th circuit in this case to knowingly or unknowingly apply laws to barred petitioner and created false public record for purpose of disinformation. As petitioner has established he has not been convicted of any crime and this court should not act blindly to law and order except if the court can defend under the laws of United States the legitimacy or record or the reliability of record attempted or used to denied petitioner claim.

6

Prayer.

Base on the foregoing reasons Petitioner prays that the Court grant petitioner prayer request as contained on paragraph 1 to 6.

Petitioner pray that the Court grant petitioner any other available remedy the Court find necessary.

Petitioner also request for jury trial should in case the Court or defendant challenge petitioner prayer.

Respectfully Submitted
Oriyomi Sadiq Alaba.
10-08-2023.

## Certificate of Mailing

I certify under penalty of perjury pursuant to 28 USCS 1746 that I serve the following parties:

Federal District Court
Court Clerk
517 East Wisconsin Ave.
Milwaukee, WI 53202.

Oriyomi Sadiq Alabi
10-06-23.