# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ORIYOMI SADDIQ ALOBA,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES 4TH CIRCUIT DISTRICT COURT, DEPARTMENT OF JUSTICE, and ATTORNEY GENERAL,<br><br>                Defendants. | Case No. 23-CV-1380-JPS<br><br><br><br>**JUDGMENT** |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

December 13, 2023
Date